MURPHY & O'CONNOR
BY: STEPHEN E. SIEGRIST, ESQUIRE
Commerce Center, Suite 130
1810 Chapel Avenue West
Cherry Hill, New Jersey 08002-4607
(856) 663-9292
Attorneys for Defendant, Correctional Health Services, Inc. and Luanna Pierce

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICHARD MAZZEI, Administrator Ad Prosequendum and General Administrator of the ESTATE OF DOUGLAS MURANTE, deceased<br><br>-vs-<br><br>CORRECTIONAL HEALTH SERVICES, INC., COUNTY OF OCEAN, OCEAN COUNTY DEPARMTNET OF CORRECTIONS, THEODORE HUTLER, Individually and as Warden for Ocean County Department of Corrections, ROBERT BURNS, ALLEN EDWARDS, BETTY KRAWIECKI,M LUANNA PIERCE, JOHN AND JANE DOES 1-10, (Said names representing fictitious individual Ocean County Correctional Facility) JOHN AND JANE DOES 11-20 (Said names representing fictitious individual physicians and healthcare providers at the Ocean County Correctional Facility whose true names are unknown at this time), ABC BUSINESS 1-5 (Said names representing a fictitious corporation, partnership, association or sole proprietor, true names unknown at this time.) | Civil Action No: 06-cv-963 (AET) |

**STIPULATION OF DISMISSAL AS TO DEFENDANT,
LUANNA PIERCE, R.N. ONLY**

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby

dismissed without costs against either party as to defendant, Luanna Pierce, R.N.

| | |
|---|---|
| **MURPHY & O'CONNOR** | **CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, LLC** |
| BY: *[signature]*<br>STEPHEN E. SIEGRIST<br>Attorney for Defendant | By: *[signature]*<br>PAUL V. ORECCHIA<br>Attorney for Plaintiff |

Dated:
File #: 210-8314