IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD MAZZEI, Administrator Ad Prosequendum and General Administrator of the Estate of DOUGLAS MURANTE, deceased<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CORRECTIONAL HEALTH SERVICES, INC., COUNTY OF OCEAN, OCEAN COUNTY DEPARTMENT OF CORRECTIONS, THEODORE BUTLER, Individually and as Warden for Ocean County Department of Corrections, ROBERT BURNS, ALLEN EDWARDS, BETTY KRAWIECKI, LUANNA PIERCE, et al<br>　　　　　　　　　Defendants. | : CIVIL ACTION<br>:<br>: 3:06cv963 (AET)<br>: |

**STIPULATION OF DISMISSAL AS TO BETTE KRAWIECKI ONLY**

The matter in difference in the above entitled action having been amicably adjusted by and between plaintiff and defendant Bette Krawiecki, it is hereby stipulated and agreed that the same be and it is hereby dismissed, with prejudice, and without costs against either party.

CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C.

BY: _____
Paul V. Orecchia, Esquire
The Law Center of Ocean County
9 Robbins Street
Toms River, NJ 08753
Attorneys for Plaintiff

WHITE AND WILLIAMS LLP

BY: _____
Nancy L. Siegel, Esquire (3178)
LibertyView
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
Phone: 856.317.3600
Attorneys for Defendant
Bette Krawiecki

Dated: