# CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C.

A Professional Limited Liability Company
COUNSELLORS AT LAW
The Law Center of Ocean County
9 Robbins Street
Toms River, NJ 08753
(732) 797-1600   Fax: (732) 505-6340
Web site: cldds.com   e-mail: carlelaw@cldds.com

Daniel J. Carluccio□
Stephan R. Leone⊕±
Edward J. Dimon†⊕
John Paul Doyle
Robert L. Gutman±
Diana L. Anderson§∇⊕∆
Neil Brodsky⊙
Richard S. Kohn
Louis A. Felicetta
Annemarie Schreiber§
Paul V. Orecchia§
Jonathan Z. Petro

⊙Also admitted in NY
†Also admitted in MA
±Also admitted in DC
§Also admitted in PA
□Rule 1:40 qualified Mediator
∇Registered Guardian
⊕Member of NAELA, National Academy of Elder Law Attorneys
∆Certified Elder Law Attorney

Richard K. Sacks 1999-2002

August 11, 2008

<u>Via Fax - 609-989-0435</u>
Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court
Clarkson Fisher Fed. Bldg. & U.S. Courthouse
402 E. State St., Rm. 6052
Trenton, NJ 08608

RECEIVED
AUG 12 2008
AT 8:30 _____
WILLIAM T. WALSH
CLERK

Re: Mazzei v. Correctional Health Services, Inc., et al.
    Civil Action No. 06-cv-963 (FLW)
    Our File No. 2983-001

Dear Judge Bongiovanni:

With the consent of all appropriate parties, at this time it is requested that the Dismissal Order entered on June 12, 2008 be extended for an additional forty-five days (45) as the parties are in discussion as to who to appoint to perform the study on Correction Health Services, Inc.

I thank you for assistance in this matter and I am awaiting your reply.

Respectfully,

PAUL V. ORECCHIA

So Ordered this 11 day
of August, 2008

PVO:kd
cc: R. Scott Clayton, Esq., Via Fax 732-505-3073
    Jean L. Cipriani, Esq., Via Fax 732-244-1840
    Peter J. Van Dyke, Esq., Via Fax 732-240-6704