# CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, L.L.C.
A Professional Limited Liability Company
COUNSELLORS AT LAW
The Law Center of Ocean County
9 Robbins Street
Toms River, NJ 08753
(732) 797-1600    Fax: (732) 505-6340
Web site: cldds.com    e-mail: carlelaw@cldds.com

Daniel J. Carluccio¤
Stephan R. Leone✪±
Edward J. Dimon†⊕
John Paul Doyle
Robert L. Gutman±
Diana L. Anderson§▽⊕△
Neil Brodsky☉
Richard S. Kohn
Louis A. Felicetta
Annemarie Schreiber§
Paul V. Orecchia§
Jonathan Z. Petro

⊕Also admitted in NY
†Also admitted in MA
±Also admitted in DC
§Also admitted in PA
*Rule 1:40 qualified Mediator
▽Registered Guardian
☉Member of NAELA, National Academy of Elder Law Attorneys
△Certified Elder Law Attorney

Richard K. Sacks 1999-2002

September 23, 2008

Via Fax - 609-989-0435
Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court
Clarkson Fisher Fed. Bldg. & U.S. Courthouse
402 E. State St., Rm. 6052
Trenton, NJ 08608

RECEIVED
SEP 24 2008
AT 8:30
WILLIAM T. WALSH
CLERK

Re:   Mazzei v. Correctional Health Services, Inc., et al.
      Civil Action No. 06-cv-963 (FLW)
      Our File No. 2983-001

Dear Judge Bongiovanni:

With the consent of all appropriate parties, at this time it is requested that the Dismissal Order entered on June 12, 2008 be extended for an additional forty-five days (45). Please be advised that the parties have come to an agreement on how to resolve this matter, which entails the hiring of a third party to review the policies of the Ocean County Correctional Facility as it relates to the Medical Unit and to determine whether those policies are being implemented properly.

The issue in executing this settlement agreement is that we have had some difficulty in finding a third party to conduct the aforementioned review. Plaintiff has recommended an expert in this field who is willing to conduct the investigation of the Ocean County Correctional Facility. However, due to the nature of the Defendant being a county organization we need more time to get the county's approval on this matter. The Honorable Joel Rosen, J.S.C., is still activity participating in bringing this matter to a resolution.

I thank you for assistance in this matter and I am awaiting your reply.

Respectfully,

Paul V. Orecchia
PAUL V. ORECCHIA
PVO:kd
cc:   R. Scott Clayton, Esq., Via Fax 732-505-3073
      Jean L. Cipriani, Esq., Via Fax 732-244-1840
      Peter J. Van Dyke, Esq., Via Fax 732-240-6704

So Ordered this 24
of September, 2008

**ORDER ON ORAL MOTION**